**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**November 12, 2003**

**Charles R. Fulbruge III**
**Clerk**

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 03-30265

JOY CORTINAS, Individually and on behalf of her minor son, Edward Michael Cortinas

                              Plaintiff - Appellant - Cross Appellee

VERSUS

    HIGHWAY TRANSPORT, INC., ET AL

                                              Defendants

    HIGHWAY TRANSPORT, INC., LIBERTY MUTUAL INSURANCE COMPANY

                  Defendants - Appellees - Cross Appellants

Appeals from the United States District Court
For the Eastern District of Louisiana
00-CV-1661-M

Before KING, Chief Judge, DAVIS and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     After reviewing the record, reading the briefs, and hearing the argument of counsel we are satisfied that the district court correctly dismissed this suit. We, therefore, affirm the judgment of the district court based on the district court's opinion except that we do not reach the issue of whether the Louisiana Workmen's

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

Compensation Act bars this tort action.

AFFIRMED.